# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

DR. REDDY'S LABORATORIES, LTD. v. GLENMARK GENETICS, LTD.

No. 15-1207

## CERTIFICATE OF COMPLIANCE WITH FED. CIR. R. 11(d) BY APPELLANTS DR. REDDY'S LABORATORIES, LTD. AND DR. REDDY'S LABORATORIES, INC.

Appellants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc., the Junior Party in the interference which gives rise to this appeal, hereby certify in accordance with Federal Circuit Rule 11(d) that in the foregoing interference, no protective order was entered and no materials were filed under seal, such that there is no need to review the record to determine whether any portions of the record need to remain protected on appeal.

|  |  |
|---|---|
|  | LERNER, DAVID, LITTENBERG, KRUMHOLZ & MENTLIK, LLP<br>600 South Avenue West<br>Westfield, NJ 07090<br>*Attorneys for Appellants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc.* |
| Dated February 4, 2015 | By: /s/ Roy H. Wepner<br>Roy H. Wepner<br>Tel:  908.654.5000<br>E-mail: RWepner@ldlkm.com<br>Litigation@ldlkm.com |

3931815_1.docx

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on February 4, 2015, by:

    ___US mail
    ___Fax
    ___Hand
    _X_Electronic means (by email or CM/ECF)

| Roy H. Wepner | /s/ Roy H. Wepner |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm: | Lerner, David, Littenberg, Krumholz & Mentlik, LLP |
| Address: | 600 South Avenue West |
| City, State, ZIP: | Westfield, NJ 07090 |
| Telephone Number: | 908.654.5000 |
| FAX Number: | 908.654.7866 |
| E-mail Address: | RWepner@ldlkm.com; Litigation@ldlkm.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.